Andrew B. Downs
Nevada Bar No. 8052
E-mail: andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Darren T. Brenner
Nevada Bar No. 8386
E-Mail: dbrenner@wrightlegal.net
WRIGHT, FINLAY & ZAK LLP
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
Telephone: 702.475.7964
Facsimile: 702.946.1345

Attorneys for Defendant Sentinel Insurance
Company, Ltd.

**Bullivant|Houser|Bailey PC**
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALL CITY PHARMACY, LLC, | |
| Plaintiff, | Case No.: 2:22-CV-01750-GMN-DJA |
| v. | **STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME TO RESPOND TO COMPLAINT - 8 DAYS TOTAL** |
| SENTINEL INSURANCE COMPANY, LTD. , | |
| Defendant. | |

Plaintiff All City Pharmacy, LLC and defendant Sentinel Insurance Company, Ltd. stipulate that defendant Sentinel may have an 8 day extension of time to and including November 3, 2022 within which to respond to the Complaint. This is the first request. No prior extensions have been requested. This extension is sought to give defense counsel sufficient time to prepare the Answer.

1    DATED: October 25, 2022

2                                        BULLIVANT HOUSER BAILEY PC

3

4                                        By  /s/ Andrew B. Downs
                                              Andrew B. Downs
5                                             Nevada Bar No. 8052
                                              101 Montgomery Street, Suite 2600
6                                             San Francisco, CA 94104
                                              Telephone: 415.352.2700
7                                             Facsimile: 415.352.2701

8                                        Attorneys for Defendant Sentinel Insurance
                                         Company, Ltd.
9

10   DATED: October 25, 2022

11                                       VANNAH & VANNAH

12

13                                       By  *See attached image.*
                                              John B. Greene
14                                            Nevada Bar No. 4279
                                              400 S. Seventh St., 4th Floor
15                                            Las Vegas, NV 89101
                                              Telephone: 702.369.4161
16
                                         Attorneys for Plaintiff All City Pharmacy, LLC
17

18                                       **ORDER**

19               IT IS SO ORDERED.

20

21

22                                       United States Magistrate Judge

23                                       DATED: ___October 26, 2022___

24   4878-6896-4667.1

25                                       *****

26

27

28

By _____
Andrew B. Downs
Nevada Bar No. 8052
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant Sentinel Insurance
Company, Ltd.

DATED: ~~16.07~~ *October 25, 2022*

VANNAH & VANNAH

By _____
John B. Greene
Nevada Bar No. 4279
400 S. Seventh St., 4th Floor
Las Vegas, NV 89101
Telephone: 702.369.4161

Attorneys for Plaintiff All City Pharmacy, LLC

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: _____

4878-6896-4667.1

\*\*\*\*\*

Bullivant|Houser|Bailey PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

– 2 –