JOHN B. GREENE, ESQ.
Nevada Bar No. 004279
ROBERT D. VANNAH, ESQ.
Nevada Bar No. 002503
**VANNAH & VANNAH**
400 S. Seventh Street, 4th Floor
Las Vegas, Nevada 89101
Telephone (702) 369-4161
jgreene@vannahlaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

oOo

ALL CITY PHARMACY, L.L.C., a domestic limited liability company,

Plaintiff,

vs.

SENTINEL INSURANCE COMPANY, LTD., a foreign corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,

Defendants.

CASE NO.:   2:22-CV-01750-GMN-DJA

**STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVERY**

**[FIRST REQUEST]**

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by sixty (60) days, up to and including *Wednesday, November 8, 2023*, as a discovery cut off date. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties state as follows:

1.    On September 2, 2022, Plaintiff filed the Complaint.

2.    This action was removed to Federal Court on October 19, 2022. (ECF No. 1).

3.    On May 31, 2022, Defendant filed its answer to the complaint. (ECF No. 9).

4. On December 14, 2022, the Court granted in part and denied in part the parties Joint Discovery Plan and Scheduling Order. (ECF No. 16).

5. On January 6, 2023, Defendant served its Initial FRCP 26(f) Disclosures.

6. On February 9, 2023, Plaintiff served its Initial FRCP 26(f) Disclosures.

7. On February 24, 2023, Plaintiff served written discovery on Defendant.

8. On February 24, 2023, Counsel for the parties retained Hon. Betsy Gonzalez, (Ret.), to act as a mediator, with a mediation calendared for May 24, 2023.

9. On April 11, 2023, Defendant responded to written discovery.

10. On May 3, 2023, the mediation was postponed due to a scheduling conflict. Efforts by counsel to reschedule the mediation are ongoing.

## DISCOVERY REMAINING

1. Depositions of the members and manager(s) of Plaintiff.

2. Depositions of the PMK(S) of Defendant.

3. Depositions of the prior employees of Plaintiff.

4. Depositions of Plaintiff's designated witnesses.

5. Depositions of the claims representative and claims manager of Defendant.

6. Depositions of Defendant's designated witnesses.

7. Designate Expert Witnesses.

8. Depositions of Expert Witnesses.

9. The parties may take the depositions of any and all other witnesses garnered through discovery.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. Both parties have made initial disclosures and Defendant has provided responses to Plaintiff's written discovery. Further, additional time is requested so that the parties can reschedule the mediation in this matter with Hon. Gonzalez (Ret.). Joint Discovery Plan and Scheduling Order indicated that "the parties met and conferred about alternative dispute resolution, have agreed to private mediation, and propose a relatively early deadline of June 2, 2023, for

VANNAH & VANNAH
400 South Seventh Street, 4th Floor • Las Vegas, Nevada 89101
Telephone (702) 369-4161 • Facsimile (702) 369-0104

mediation." Regrettably, though the mediation was initially scheduled for a date to meet this deadline, it needed to be vacated and efforts are underway to reschedule it for a mutually convenient date and time.

It's the strong desire of the parties to attempt to resolve this dispute through mediation before spending considerable resources in additional discovery. The parties are working in good faith to mediate this matter, an act that, if successful, will save considerable and valuable time, money, and court resources.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, the parties seek this extension solely for the purpose of allowing sufficient time to resolve this case and, if necessary, complete discovery.

<u>Extension or Modification of The Discovery Plan and Scheduling Order</u>. LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3. This request to extend the deadlines is made more than 21 days before the expiration of any deadline.

This is the first request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the requested extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | Friday, September 8, 2023 | *Wednesday, November 8, 2023* |
| Deadline to Amend Pleadings or Add Parties | Thursday, June 8, 2023 | *Tuesday, August 8, 2023* |

VANNAH & VANNAH
400 South Seventh Street, 4th Floor • Las Vegas, Nevada 89101
Telephone (702) 369-4161 • Facsimile (702) 369-0104

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosure pursuant to FRCP 26 (a)(2) | Friday, July 7, 2023 | *Thursday, September 7, 2023* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | Monday, August 7, 2023 | *Monday, October 9, 2023* |
| Dispositive Motions | Friday, October 6, 2023 | *Friday, December 8, 2023* |
| Joint Pretrial Order | Monday, November 6, 2023 | *Monday, January 8, 2024* |

WHEREFORE, the parties respectfully request that this Court extend the discovery period by sixty (60) days from the current deadline of September 8, 2023, up to and including November 8, 2023, and the other dates as outlined in accordance with the table above.

DATED this 1st day of June, 2023.

BULLIVANT HOUSER BAILEY PC

/s/ Andrew B. Downs

ANDREW B. DOWNS
Nevada Bar No. 8052
101 Montgomery Street, #2600
San Francisco, CA 94104
*Attorneys for Defendant*

DATED this 1st day of June, 2023.

VANNAH & VANNAH

/s/ John B. Greene

JOHN B. GREENE
Nevada Bar No. 4279
400 S. Seventh Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

///

///

///

///

///

VANNAH & VANNAH
400 South Seventh Street, 4th Floor • Las Vegas, Nevada 89101
Telephone (702) 369-4161 • Facsimile (702) 369-0104

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VANNAH & VANNAH
400 South Seventh Street, 4th Floor • Las Vegas, Nevada 89101
Telephone (702) 369-4161 • Facsimile (702) 369-0104

## __ORDER__

IT IS SO ORDERED that the parties' stipulation to extend discovery (#18) is GRANTED.

DATED this 2nd day of June, 2023.

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

May 29, 2023, 2:26 PM (3 days ago)

**Downs, Andrew**

to Darren, me, Robert

John –

Pardon my delay – I got yanked back out of town the beginning of last week for an unexpected in person deposition in Dallas.

The stip is fine with my address corrected which I've done on the attached.  You may /s/ it as revised.

I'm working on mediation dates next.

Andy